# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| SAMANTHA JUNG,<br>  *Plaintiff,*<br><br>v.<br><br>HUNTER WARFIELD, INC.<br>  *Defendant.* | §<br>§<br>§<br>§<br>§  Case No.<br>§<br>§<br>§<br>§ |

_____/

## DEFENDANT'S NOTICE AND PETITION FOR REMOVAL

**TO:** The Honorable Judges of the United States District Court for the Middle District of Florida.

COME NOW, Defendant and Petitioner for removal, Hunter Warfield, Inc. and with reservation of all rights, hereby removes from the Sixth Judicial Circuit in and for Pinellas County, Florida, the proceeding entitled and captioned: ***Jung v. Hunter Warfield, Inc.***, Case No. 19-002378-CI on the basis of federal question jurisdiction.

The Petition is based on the following grounds:

1. Defendant/Petitioner, has been named as Defendant in a civil action brought against them in the Sixth Judicial Circuit in and for Pinellas County, Florida, the proceeding entitled and captioned: ***Jung v. Hunter Warfield, Inc.***, Case No. 19-002378-CI, A copy of the Complaint serviced in that action, in addition to all process and pleading served upon Defendant/Petitioner, is attached hereto as Exhibit "A".

2. The aforesaid action was commended by service of process consisting of the Summons and Complaint, upon Defendant, on April 24, 2019

3. The controversy herein between the Plaintiff and Defendant, is a controversy *inter alia* based upon consumer protection rights created by and enforced through a federal statute, 47 U.S.C. §227 *et. seq.* entitled the Telephone Consumer Protection Act.

4. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one that may be removed to this Court by Defendant/Petitioner pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

5. This Petition for Removal is filed with this Court within thirty (30) days after service on Defendant of the Complaint in the above-styled action and is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b).

WHEREFORE, Defendant, respectfully requests that the above entitled action be removed from the Sixth Judicial Circuit In and For Pinellas County, Florida, to the United States District for the Middle District of Florida for all further proceedings.

Respectfully Submitted,

/s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Florida Bar No.: 0094080
/s/ Charles J. McHale
CHARLES J. MCHALE, ESQ.
Florida Bar No.: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
dgolden@gsgfirm.com
cmchale@gsgfirm.com
Counsel for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             /s/ Charles J. McHale
             CHARLES J. MCHALE, ESQ.
             Florida Bar No.: 0026555