UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

---

SAMANTHA JUNG,

Plaintiff,                                             Case No.: 8:19-cv-01172-T-60JSS

v.

HUNTER WARFIELD, INC.

Defendant.

---

## STIPULATION OF DISMISSAL

Plaintiff, SAMANTHA JUNG, and Defendant, HUNTER WARFIELD, INC., acting

through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate,

to the Dismissal with Prejudice of this Action, with each party to bear its own attorney's fees and

costs.

DATED: July 23, 2019                          Respectfully submitted,

*/s/ Young Kim*                               */s/ Dale T. Golden*

Young Kim                                     Dale Golden
Consumer Law Attorneys                        Charles McHale, Jr.
2325 Ulmerton Rd., Ste. 16                    **GOLDEN SCAZ GAGAIN, PLLC**
Clearwater, FL 33762                          201 N Armenia Ave
Tel: 877-241-2200                             Tampa, FL 33609
Fax: 727-216-3132                             Tel: 813/251-5500
Email: ykim@consumerlawattorneys.com          Fax: 813/251-3675
                                              Email: dgolden@gsgfirm.com
*Counsel for Plaintiff*                       Email: cmchale@gsgfirm.com

                                              *Counsel for Defendant.*